PETER C. BROWN, ESQ.
Nevada State Bar No. 5887
PRESCOTT T. JONES, ESQ.
Nevada State Bar No. 11617
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
pbrown@bremerwhyte.com
pjones@bremerwhyte.com

Attorneys for Defendants,
UPONOR, INC and UPONOR NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLACK HAWK HOMEOWNERS ASSOCIATION, a Nevada non-profit mutual benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>UPONOR, INC., an Illinois corporation; UPONOR NORTH AMERICA, INC., Delaware corporation; and DOES 1 through 300,<br><br>Defendants. | Case No. 2:14-cv-00548-JAD-PAL<br><br>**UPONOR, INC. AND UPONOR NORTH AMERICA, INC.'S STATEMENT REGARDING REMOVAL** |

Pursuant to the Court's Minute Order of April 10, 2014 Defendants UPONOR, INC. and UPONOR NORTH AMERICA, INC. (collectively "Respondents") state as follows:

1. The date(s) on which you were served with a copy of the Complaint in the removed action.

ANSWER: UPONOR NORTH AMERICA, INC. was served with the Complaint on March 12, 2014. UPONOR, INC. was served with the Complaint on March 12, 2014.

2. The date(s) on which you were served with a copy of the summons.

ANSWER: UPONOR NORTH AMERICA, INC. was served a copy of the Summons on March 12, 2014. UPONOR, INC. was served with a copy of the Summons on March 12, 2014.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1226\160\CF\Statement re Removal docx--rev 1.docx

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.

ANSWER: UPONOR, INC. is incorporated in the State of Illinois with its principal place of business in Minnesota. UPONOR NORTH AMERICA, INC. is incorporated in the State of Delaware with its principal place of business in Minnesota. Upon information and belief, Plaintiff is incorporated in Nevada.

Respondents removed this matter to the Federal Court pursuant to diversity jurisdiction, 28 U.S.C. §1441(a). Given the foregoing recitation of citizenship, Respondents have removed this matter based on the existence of diversity between the Plaintiff and all Defendants. Pursuant to the claims set forth in Plaintiff's Complaint, the matters in controversy will allegedly exceed $75,000.00 based on Plaintiff's alleged damages, exclusive of interest and costs

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

ANSWER: Respondents timely filed their Notice of Removal on April 10, 2014 after having received service of process on March 12, 2014. Therefore, Respondents filed their Notice of Removal timely.

5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.

ANSWER: Not applicable.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1226\160\CF\Statement re Removal docx--rev 1.docx

6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

ANSWER: All Defendants have joined in the notice of removal.

Dated: April 28, 2014                                    BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Peter C. Brown, Esq.
Nevada State Bar No. 5887
Prescott T. Jones, Esq.
Nevada State Bar No. 11617
Attorneys for Defendants
UPONOR, INC and UPONOR NORTH AMERICA, INC.

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 28th day of April, 2014, I served a copy of the foregoing **UPONOR, INC. AND UPONOR NORTH AMERICA, INC.'S STATEMENT REGARDING REMOVAL** on all parties or persons via the United States Postal Service.:

Paul P. Terry, Esq.
ANGIUS & TERRY, LLP
1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89144
702-990-2017 Phone
702-990-2018 Fax

*Attorneys for Plaintiffs*

_____
An Employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

H:\1226\160\CF\Statement re Removal docx--rev 1.docx