PETER C. BROWN, ESQ.
Nevada State Bar No. 5887
PRESCOTT T. JONES, ESQ.
Nevada State Bar No. 11617
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
pbrown@bremerwhyte.com
pjones@bremerwhyte.com

Attorneys for Defendants,
UPONOR, INC and UPONOR NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLACK HAWK HOMEOWNERS ASSOCIATION, a Nevada non-profit mutual benefit corporation,<br><br>            Plaintiff,<br>    vs.<br><br>UPONOR, INC., an Illinois corporation; UPONOR NORTH AMERICA, INC., Delaware corporation; and DOES 1 through 300,<br><br>            Defendants. | Case No. 2:14-cv-00548-JAD-PAL<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order dated June 13, 2014 Defendants UPONOR, INC. and UPONOR NORTH AMERICA, INC. (collectively "Defendants") and Plaintiff BLACK HAWK HOMEOWNERS ASSOCIATION (hereinafter referred to as "Plaintiff") hereby submit the following Joint Status Report in this matter.

1.      Plaintiff filed a Complaint for Damages against Defendants on March 4, 2014. Defendants were served with Plaintiff's Complaint on March 12, 2014. On April 10, 2014, Defendants removed this action to the United States District Court for the District of Nevada. The claims made by Plaintiff in the instant action relate to alleged defects/deficiencies concerning brass plumbing components used as part of the residential potable water plumbing systems allegedly sold

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

H:\1226\160\CF\Joint Status Report - Final.docx

by Defendants. Prior to the filing of the instant action, a class action now styled *In re: Wirsbo Non-F1807 YBFs*, case number 2:08-cv-1223-NDF-MLC (D. Nev.), was filed relating to the same brass plumbing components and setting forth essentially the same types of claims. The *In re Wirsbo* matter has now been specially assigned by the Ninth Circuit Court of Appeals to the Hon. Judge Nancy Freudenthal, who has: 1) made multiple substantive rulings addressing what causes of action can be maintained against the instant Defendants for the types of claims at issue and 2) who has also now certified a class action as to liability for dwellings in the Las Vegas Valley. The residential dwelling units at issue in the instant matter, and Plaintiff's claims relating to those dwelling units are encompassed within the liability class action certified by Judge Freudenthal in the *In re Wirsbo* matter. It is Defendants' position that for purposes of judicial economy, to avoid potentially conflicting rulings and given the scope of the liability class in the *In re Wirsbo* case, this matter should be transferred to the Hon. Judge Nancy Freudenthal for further handling and consolidated with *In re: Wirsbo Non-F1807 YBFs*. There are no pending motions.

    2.    The action required by this Court at this time relates to the potential transfer of this case to Judge Freudenthal.

    3.    All pleadings and papers on file were previously attached to the notice of removal.

Dated: June 27, 2014

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Peter C. Brown, Esq.
Nevada State Bar No. 5887
Prescott T. Jones, Esq.
Nevada State Bar No. 11617
1160 N. Town Center Drive, #250
Las Vegas, NV 89144
702-258-6665

Attorneys for Defendants,
UPONOR, INC and
UPONOR NORTH AMERICA, INC.

Date: June 27, 2014

ANGIUS & TERRY, LLP

*/s/ David Bray*
By: _____
Paul P. Terry, Esq., Bar No. 7192
Scott Kelsey, Esq., Bar No.7770
David Bray, Esq., Bar No. 12706
1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89144
702-990-2017

Attorneys for Plaintiff
BLACK HAWK HOMEOWNERS
ASSOCIATION

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1226\160\CF\Joint Status Report - Final.docx

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of June, 2014, I served a copy of the JOINT STATUS REPORT on all parties or persons via United States District Court CM/ECF .:

ANGIUS & TERRY, LLP
Paul P. Terry, Esq.
Scott Kelsey, Esq.
David Bray, Esq.

1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89144
702-990-2017 Phone
702-990-2018 Fax
*Attorneys for Plaintiffs*

_____
An Employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

H:\1226\160\CF\Joint Status Report - Final.docx